NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE J-MED PHARMACEUTICALS, INC.

———————————

2011-1415
(Reexamination No. 90/008,111)

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

———————————

**JUDGMENT**

———————————

PORTER F. FLEMING, Frommer Lawrence & Haug, LLP, of New York, New York, argued for appellant.  Of counsel was LAURA E. KRAWCZYK.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee.  With him on the brief were RAYMOND T. CHEN, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2012  /s/ Jan Horbaly

Date  Jan Horbaly

Clerk